**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-7719**

_____

DEXTER ANTONIO SHEPPARD,

                 Plaintiff - Appellant,

        v.

WARDEN TIM RILEY; SGT. DERRICK MCBRYAR,

                 Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Aiken.   Cameron McGowan Currie, District Judge.  (1:10-cv-02424-CMC)

_____

Submitted:  April 26, 2012          Decided:  April 30, 2012

_____

Before GREGORY, AGEE, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Dexter Antonio Sheppard, Appellant Pro Se.  Stephanie Holmes Burton, GIBBES & BURTON, LLC, Spartanburg, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dexter Antonio Sheppard appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Sheppard v. Riley</u>, No. 1:10-cv-02424-CMC (D.S.C. Nov. 29, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>